IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

FERNANDO COZZA,
PLAZA PROPERTY GROUP LLC, and
KANSAS CITY EQUITIES LLC
                Plaintiffs

v.

NICKOLAS W. JEKOGIAN, III,
NICK'S PROPERTIES, LLC, and
NWJ KANSAS CITY, INC.
c/o Nickolas W. Jekogian, III
                Defendants

Case No. 2:15-cv-00499-NIQA

---

## NOTICE OF DISMISSAL

TO THE CLERK OF COURT:

    Pursuant to Rule 41(a)(1), kindly dismiss the above matter without prejudice.

Date: 03/20/2015

/s/ *Eric C. Milby*
ERIC C. MILBY
Attorney for Plaintiffs

**LUNDY BELDECOS & MILBY, P.C.**
450 N. Narberth Avenue, Suite 200
Narberth, PA  19072
(610) 668-0773

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

FERNANDO COZZA,
PLAZA PROPERTY GROUP LLC, and
KANSAS CITY EQUITIES LLC
                    **Plaintiffs**

v.                                        **Case No. 2:15-cv-00499-NIQA**

NICKOLAS W. JEKOGIAN, III,
NICK'S PROPERTIES, LLC, and
NWJ KANSAS CITY, INC.
c/o Nickolas W. Jekogian, III
                    **Defendants**

---

## CERTIFICATE OF SERVICE

I, Eric C. Milby, do hereby certify that a true and correct copy of the Notice of Dismissal was served this date via First Class Mail, upon the following parties:

NICKOLAS W. JEKOGIAN, III
171 E. 84th St, Apt. 28E
New York, NY 10028

NICK'S PROPERTIES, LLC
221 Bolivar Street
Jefferson City, MO 65101

NWJ Kansas City, Inc.
c/o Nickolas W. Jekogian, III
171 E. 84th St, Apt. 28E
New York, NY 10028

Date: 03/20/2015                /s/ *Eric C. Milby*
                                          ERIC C. MILBY
                                          Attorney for Plaintiffs

                                          **LUNDY BELDECOS & MILBY, P.C.**
                                          450 N. Narberth Avenue, Suite 200
                                          Narberth, PA 19072
                                          (610) 668-0773